■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL DIAZ, Appellant.—Judgment, Supreme Court, Bronx County (Phylis Bamberger, J.), rendered January 12, 1989, convicting defendant, after a jury trial, of two counts of sexual abuse in the first degree, and sentencing him, as a predicate felon, to concurrent indeterminate prison terms of from three and one-half to seven years, unanimously affirmed.

Defendant's contention that the trial court abused its discretion in determining that the nine-year-old complainant was competent to give sworn testimony is unpreserved for appellate review (CPL 470.05 [2]). In any case, we decline to disturb the trial court's determination where the record of the court's *voir dire* clearly established that the complainant understood the nature of an oath to tell the truth despite her inability to define the word "oath" *(People v Mercado,* 157 AD2d 457, *lv*

*denied* 75 NY2d 922). Concur—Sullivan, J. P., Rosenberger, Wallach, Asch and Kassal, JJ.